# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:  )  Case No.: 18-29161
Frank Garcia, Jr and Kathy H Garcia  )
 )  Chapter 13
 )
Debtor(s)  )  Judge: Jack B. Schmetterer
 )

## AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY

We, Frank Garcia, Jr and Kathy H Garcia, state that:

1) Within the last year, We acknowledge that we filed a prior Chapter 13 Bankruptcy case that was dismissed. The prior case number 15-41026 was dismissed on June 27, 2018 due to the Trustee's motion to dismiss for failure to make plan payments.
2) In the prior case, We fell behind on plan payments, and our mortgage payments.
3) In the prior case, I, Kathy Garcia underwent Surgery and was unable to work for long periods of time.
4) In the prior case, I Frank Garcia, was cut hours at work and was forced to try and find part time work to make up for those hours but it was difficult.
5) In the prior case, our household income significantly decreased making it difficult to catch up on our Trustee plan payments and mortgage payments.
6) In the instant case, I, Kathy Garcia and recovering from my surgery and am back to work part time.
7) In the instant case, I Frank Garcia, have reestablished my hours at work, and am working full time.
8) In the instant case, our household income is stable and consistent and we can afford to make our Trustee plan payments, and mortgage payments.
9) In the instant case, I have had a positive change in circumstances, I, Kathy Garcia am recovering from my surgery and am back to work part time, I, Frank Garcia have reestablished my hours at work and am working full time, we have budgeted our household expenses, and our income is stable and consistent and we can afford to make our Trustee plan payments. We understand the requirements of a successful Bankruptcy Case and we can afford to make our monthly Trustee payments in a feasible Chapter 13 Plan.

_____   _____
Frank Garcia, Jr   Kathy H Garcia

Subscribed and sworn to before me this ____ day of _____, 2018.

_____
Notary Public
My commission expires _____, 20__.

OFFICIAL SEAL
STUART SWANSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/30/22