## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | Chapter 13 |
|---|---|
| Frank Gracia, Jr.; Kathy Garcia | Case No. 18-29161 |
| Debtor(s). | Jack B. Schmetterer |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS CAUSE coming to be heard on the motion of U.S. Bank Trust National Association as Trustee of Tiki Series III Trust, by and through its attorney, ERIC FELDMAN & ASSOCIATES, P.C., the court having jurisdiction, being advised in the premises and due notice having been given:

IT IS HEREBY ORDERED:

That the automatic stay hereto entered is lifted to the extent necessary to allow U.S. Bank Trust National Association as Trustee of Tiki Series III Trust to foreclose on the real property commonly known as 226 Whitewood Drive, Streamwood, IL 60107.

Dated: _____                    Enter: _____

Honorable Jack B Schmetterer

United States Bankruptcy Judge