## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br><br>Franl Garcia, Jr; Kathy Garcia.;<br><br><br>Debtor(s). | Chapter 13<br><br>Case No. 18-29161<br><br>Jack B Schmetterer |

### AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 8, 2019 at 10:00am or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jack B Schmetterer presiding in courtroom 682, 219 South Dearborn Street, IL usually occupied by his U.S. District Courthouse, and moved to present the attached motion.

/s/ *Eric Feldman*

### CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2019, a copy of the foregoing Motion and accompanying Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Frank Garcia, Jr. & Kathy Garcia represented by David Cutler
4131 Main St.
Skokie, IL 60076
cutlerfilings@gmail.com

Frank Garcia, Jr.
226 Whitewood Dr.,
Streamwood, IL 60107

Kathy Garcia
226 Whitewood Dr.,
Streamwood, IL 60107

Tom Vaughn, Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S Layng, U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S Dearborn St. Room 873

/s/ *Eric Feldman*
Eric Feldman & Associates, P.C.
123 W. Madison, Ste. 1650
Chicago, IL 60602