Streamwood Green 2 Homeowners Association  
c/o CARE Property Management, Inc.  
1985 E. Devon Avenue  
Hanover Park, IL  60133  

      (630) 855-2279   Office  
      (630) 855-6388   Fax  
    Email:  karen @careprop.com  

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NUMBER |
|---|---|---|
| 11/4/2019 Page 1 | $ 730.00 | 226W Sobkowicz-Garcia*C13 |

WRITE AMOUNT PAID HERE   $

**ADDRESSEE**  
Kathy Sobkowicz-Garcia  

226 Whitewood Dr.  
Streamwood, IL  60107  

**REMIT TO**  
Streamwood Green 2 Homeowners Association  
c/o CARE Property Management, Inc.  
1985 E. Devon Avenue  
Hanover Park, IL  60133  

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

## POST-PETITION STATEMENT
November 1, 2018 - November 4, 2019

| DATE | | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| 11/1/2018 | Assessment | $ 120.00 | | $ 120.00 |
| 11/17/2018 | Payment: check #134 | | $ 120.00 | $ - |
| 12/1/2018 | Assessment | $ 120.00 | | $ 120.00 |
| 12/19/2018 | Payment | | $ 120.00 | $ - |
| 1/1/2019 | Assessment | $ 120.00 | | $ 120.00 |
| 1/16/2019 | Late Fee | $ 25.00 | | $ 145.00 |
| 1/28/2019 | Payment: check #137 | | $ 120.00 | $ 25.00 |
| 2/1/2019 | Assessment | $ 120.00 | | $ 145.00 |
| 2/15/2019 | Payment: check #0000995001 | | $ 120.00 | $ 25.00 |
| 3/1/2019 | Assessment | $ 120.00 | | $ 145.00 |
| 3/19/2019 | Late Fee | $ 25.00 | | $ 170.00 |
| 3/25/2019 | Payment: check #0000995002 | | $ 120.00 | $ 50.00 |
| 4/1/2019 | Assessment | $ 120.00 | | $ 170.00 |
| 4/15/2019 | Late Fee | $ 25.00 | | $ 195.00 |
| 5/1/2019 | Assessment | $ 120.00 | | $ 315.00 |
| 5/16/2019 | Payment: check #1008 | | $ 240.00 | $ 75.00 |
| 6/1/2019 | Assessment | $ 120.00 | | $ 195.00 |
| 6/16/2019 | Late Fee | $ 25.00 | | $ 220.00 |
| 7/1/2019 | Assessment | $ 120.00 | | $ 340.00 |
| 7/16/2019 | Late Fee | $ 25.00 | | $ 365.00 |
| 8/1/2019 | Assessment | $ 120.00 | | $ 485.00 |
| 8/23/2019 | Late Fee | $ 25.00 | | $ 510.00 |
| 8/3/2019 | Payment: check #192 (July 2019) | | $ 120.00 | $ 390.00 |
| 8/13/2019 | Payment: check #193 (June 2019) | | $ 120.00 | $ 270.00 |
| 8/24/2019 | Payment: check #194 (Aug. 2019) | | $ 120.00 | $ 150.00 |
| 9/1/2019 | Assessment | $ 120.00 | | $ 270.00 |
| 9/19/2019 | Late Fee | $ 25.00 | | $ 295.00 |
| 9/19/2019 | Return NSF fee; check #194 | $ 25.00 | | $ 320.00 |
| 9/19/2019 | Assessment for August 2019 (Returned) | $ 120.00 | | $ 440.00 |
| 10/1/2019 | Assessment | $ 120.00 | | $ 560.00 |
| 10/17/2019 | Late Fee | $ 25.00 | | $ 585.00 |
| 11/1/2019 | Assessment | $ 120.00 | | $ 705.00 |
| 11/4/2019 | Late Fee | $ 25.00 | | $ 730.00 |

