IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-29161 |
| Frank Garcia, Jr | ) | |
| Kathy H Garcia | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Jack B. Schmetterer |

### AGREED REPAYMENT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion for Relief from Stay filed on behalf of Streamwood Green 2 Homeowners Association for the property located at of 226 Whitewood Drive, Streamwood, IL 60107, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

### ITS IS HEREBY ORDERED:

1. The Debtors shall tender their regular post-petition monthly assessments to Streamwood Green 2 Homeowners Association plus an extra $200 per month for 4 months then in the 5th month $236 until the default of $1,036 is cured.

On or before January 15, 2020 – one regular post-petition monthly assessment + $200

On or before February 15, 2020 – one regular post-petition monthly assessment + $200

On or before March 15, 2020 – one regular post-petition monthly assessment + $200

On or before April 15, 2020 – one regular post-petition monthly assessment + $200

On or before May 15, 2020 – one regular post-petition monthly assessment + $236

2. After the default is cured the debtors shall continue to make their regular post-petition monthly assessments to Streamwood Green 2 Homeowners Association.

3. The regular post-petition monthly assessments and additional repayment amounts shall be made payable to Streamwood Green 2 Homeowners Association and received in the office of Streamwood Green 2 Homeowners Association's attorneys, Chuhak and Tecson, P.C, 30 South Wacker Drive, Suite 2600, Chicago, Illinois 60606.

**AGREED:**

| Streamwood Green 2 Homeowners Association | Frank & Kathy Garcia, Debtors |
|---|---|
| */s/ James R. Stevens* | */s/ David Cutler* |
| James R. Stevens | David Cutler |
| Attorney for Streamwood Green 2 Homeowners Association | Attorney for Debtors, Frank & Kathy Garcia |
| Chuhak & Tecson, P.C. | Cutler & Associates, Ltd. |
| 30 S. Wacker Drive | 4131 Main St. |
| Suite 2600 | Skokie, IL 60076 |
| Chicago, IL 60606 | 847-673-8600 |
| 312-444-9400 | |

ENTER:

_____
Bankruptcy Judge
Jack B. Schmetterer

18 DEC 2019